

**SEALED**

FILED
NOV 01 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>       v.<br><br>GEORGIA NICOLE DEAN and<br>ASHLEY MICHELLE HILL,<br><br>           Defendants. | CASE NO. 1:19 MJ 00206 BAM<br><br>**UNDER SEAL**<br><br>ORDER SEALING COMPLAINT |

    The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrants to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation,

    IT IS ORDERED that the complaint and arrested warrants filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: November 1, 2019

_____
HONORABLE BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrants      1