FILED

NOV 07 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-MJ-00206 BAM |
|---|---|
| Plaintiff, | ORDER UNSEALING COMPLAINT |
| v. | |
| GEORGIA NICOLE DEAN and ASHLEY MICHELLE HILL, | |
| Defendants. | |

The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and warrants to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation, and the arrest warrant for Ashley Michelle Hill now having been executed and the need for sealing has ceased;

IT IS ORDERED that the complaint and arrest warrant filed in the above-entitled matter shall be unsealed.

Dated: November 7, 2019

_____
HONORABLE SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE

Order Unsealing Complaint and Arrest Warrants

1